No. 00–1553. VAN POYCK v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 01–1328. REPUBLICAN NATIONAL COMMITTEE v. PRITT; and

No. 01–1331. NATIONAL REPUBLICAN SENATORIAL COMMITTEE ET AL. v. PRITT. Sup. Ct. App. W. Va. Certiorari denied. Reported below: 210 W. Va. 446, 557 S. E. 2d 853.

No. 01–1374. MORRELL, INDIVIDUALLY AND AS NEXT FRIEND FOR MORRELL, AN INFANT v. MOCK ET AL. C. A. 7th Cir. Certiorari denied.

No. 01–1469. HEARTLAND BY-PRODUCTS, INC. v. UNITED STATES ET AL. C. A. Fed. Cir. Certiorari denied.

No. 01–1490. WESTMORELAND COAL CO. v. RAMSEY ET AL. C. A. 4th Cir. Certiorari denied.

No. 01–1495. JORDAN HOSPITAL, INC. v. THOMPSON, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. C. A. 1st Cir. Certiorari denied.

No. 01–1501. DAVIS, GOVERNOR OF CALIFORNIA, ET AL. v. ARMSTRONG ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–1502. ELIAS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–1503. COURT OF COMMON PLEAS OF OHIO, CUYAHOGA COUNTY, DOMESTIC RELATIONS DIVISION v. POPOVICH ET AL.; and

No. 01–1517. POPOVICH v. COURT OF COMMON PLEAS OF OHIO, CUYAHOGA COUNTY, DOMESTIC RELATIONS DIVISION. C. A. 6th Cir. Certiorari denied. Reported below: 276 F. 3d 808.

No. 01–1506. RIPPY, BY NEXT FRIENDS, RIPPY ET UX. v. HATTAWAY, COMMISSIONER, TENNESSEE DEPARTMENT OF CHILDREN'S SERVICES, ET AL. C. A. 6th Cir. Certiorari denied.

No. 01–1519. ADAMS ET AL. v. BUSH, PRESIDENT OF THE UNITED STATES, ET AL. C. A. D. C. Cir. Certiorari denied.